JOHN M. SORICH (CA Bar No. 125223)
John.Sorich@piblaw.com
BRYANT S. DELGADILLO (CA Bar No. 208361)
Bryant.Delgadillo@piblaw.com
MARIEL GERLT-FERRARO (CA Bar No. 251119)
Mariel.Gerlt-Ferraro@piblaw.com
Parker Ibrahim & Berg LLC
695 Town Center Drive, 16th Floor
Costa Mesa, CA 92626
Tel: (714) 361-9550
Fax: (714) 784-4190

FILED
CLERK, U.S. DISTRICT COURT
JAN - 3 2017
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Attorneys for Defendants
JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DOMINANT INSURANCE SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; J.P. MORGAN CHASE BANK, N.A., a national association; and DOES 1 through 25,<br><br>Defendants. | CASE NO.: 2:16-cv-05285-JFW (Ex)<br><br>[~~PROPOSED~~] ORDER ON JOINT STIPULATION FOR PROTECTIVE ORDER – CONFIDENTIAL DESIGNATION<br><br>Action Filed: May 11, 2016 |
| AND RELATED COUNTERCLAIMS. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having considered the Stipulation and Protective Order by and between the Parties to *Dominant Insurance Services, Inc. v. JPMorgan Chase & Co., et al.*, and related counterclaims, (Dominant Insurance Services, Inc., Cameron Farokhi, JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A.), and good cause appearing therefrom, it is HEREBY ORDERED:

///

1     That the Stipulation and Protective Order is approved and entered on this date.

2

3     IT IS SO ORDERED.

4

5 DATED: 1/3/17

6                                    Hon. ~~John Walter~~ Charles F. Eick

7                                    United States ~~District Judge~~ Magistrate Judge

**2**
**[PROPOSED] ORDER RE: STIPULATION FOR PROTECTIVE ORDER**

2207039.1